**Order entered September 14, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00562-CV

**SILVER STAR TITLE, L.L.C., D/B/A SENDERA TITLE, Appellant**

**V.**

**MARQUIS WESTLAKE DEVELOPMENT, INC., CDAVIS INVESTMENTS, LTD., PINETRADA INTERESTS, LTD., WINGLAKE HOLDINGS, LTD., AND WESTLAKE TOWN HALL, LLC., Appellees**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11010**

### ORDER

We **GRANT** appellees' unopposed motion for extension of time to file motion for rehearing. The time for appellees to file a motion for rehearing is extended to October 9, 2020.

/s/     BILL WHITEHILL
        JUSTICE